# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CALEB J. ESPINOZA, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER B. VILLA et al., <br><br> Defendants. | Case No. 8:25-cv-00759-SVW (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this lawsuit without prejudice for failure to prosecute.

Date: March 30, 2026

_____
STEPHEN V. WILSON
United States District Judge